UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SAZERAC COMPANY, INC., | No. 3:12-cv-02304-HU |
| Plaintiff, | ORDER FOR DISMISSAL WITH PREJUDICE |
| v. | |
| HOOD RIVER DISTILLERS, INC., | |
| Defendant. | |

| |
|---|
| HOOD RIVER DISTILLERS, INC., |
| Counter-Plaintiff, |
| v. |
| SAZERAC COMPANY, INC., |
| Counter-Defendant. |

HUBEL, Magistrate Judge:

    PURSUANT TO STIPULATION, IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of plaintiff against defendant and the counterclaims and demands of counterclaim-plaintiff against

Page 1 - ORDER FOR DISMISSAL WITH PREJUDICE

counterclaim-defendant are DISMISSED WITH PREJUDICE and each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated this __29th__ day of August, 2013.

/s/ Dennis J. Hubel
_____
DENNIS J. HUBEL
United States Magistrate Judge

Page 2 - ORDER FOR DISMISSAL WITH PREJUDICE